```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

NENAD DJONDRIC,                  )
                                 )
            Plaintiff,           )         4:05CV3142
                                 )
       v.                        )
                                 )
ROGER L. SCHWAB II,              )         ORDER
                                 )
            Defendant.           )
                                 )
```

Pursuant to the letter request of counsel for the plaintiff and with the oral agreement of counsel for the defendant,

IT IS ORDERED:

1. The prior order setting this case on an accelerated schedule, filing 7, is withdrawn.

2. The clerk shall send the normal scheduling letter to counsel forthwith.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge