IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | |
| Plaintiff, | ) | 4:05cv3142 |
| v. | ) | |
| ROGER L. SCHWAB II, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by October 11, 2005, file their Report of Parties' Planning Conference.

DATED September 22, 2005.

/s/ *David L. Piester*
United States Magistrate Judge