IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NENAD DJONDRIC,                    )
                                   )
                Plaintiff,         )          4:05CV3142
                                   )
        v.                         )
                                   )
ROGER L. SCHWAB II,                )          ORDER
                                   )
                Defendant.         )
                                   )
_____   )


        IT IS ORDERED:

        Plaintiff's motion to continue, filing 26, is granted and,

        1.   Jury trial is continued to 9:00 a.m., August 7, 2006 for
a duration of three trial days before the Honorable Richard G.
Kopf in Courtroom 1, United States Courthouse and Federal
Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is
subject to the prior disposition or continuance of any criminal
matters which may be set for that week.  Jury selection will be
held at commencement of trial.

        2.   The pretrial conference will be held July 6, 2006 at
10:00 a.m. before the undersigned magistrate judge.

        3.   The deposition deadline is continued to June 22, 2006
and other deadlines which use the deposition deadline as a point
of reference are extended accordingly.

        4.   All other provisions of the court's order setting this
case for trial shall remain in effect.

        DATED this 13th day of February, 2006.

                        BY THE COURT:

                        s/ David L. Piester

                        David L. Piester
                        United States Magistrate Judge