IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | CASE NO: 4:05 cv 3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order |
| vs. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | |
| | ) | |
| Defendant. | ) | |

      This matter comes before the Court on the Plaintiff's Motion to Continue Trial and Reschedule Pretrial Conference.  The Court being fully advised in the premises finds that the Plaintiff's Motion should be granted.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that trial of this matter presently scheduled for August 7, 2006 at 9:00 a.m., shall be continued to November 28, 2006.  The pretrial conference shall be held on October 26, 2006 at 9:00 a.m. before the undersigned magistrate judge.

      DATED: February 15, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared By:
Amanda J. Karr, #22913
Allan J. Eurek, P.C.
455 S. 11th Street, Suite B
Lincoln, NE 68508
Telephone: 402-477-7500
Fax: 402-477-7525
akarr@eureklaw.com