IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | CASE NO: 4:05 cv 3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Plaintiff's Motion to Extend Deadlines. The Court being fully advised in the premises finds that the Plaintiff's Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deposition deadline is continued to August 28, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

DATED: March 30, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared By:
Amanda J. Karr, #22913
Allan J. Eurek, P.C.
455 S. 11th Street, Suite B
Lincoln, NE 68508
Telephone: 402-477-7500
Fax: 402-477-7525
akarr@eureklaw.com