```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 39, is granted and the deadline for disclosure of expert witnesses is extended to July 28, 2006.

DATED this 18th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge