```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Plaintiff's motion for extension of time, filing 42, is granted and the deadline for submission of plaintiff's expert witness report is extended to August 1, 2006.

DATED this 31st day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge