```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference that was set for October 26 is rescheduled to November 6, 2006 at 11:00 a.m.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge