```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I inadvertently failed to rule on two of the objections to use of the deposition of Dr. Robert Vande Guchte, M. D.  I shall do so now.

IT IS ORDERED, the additional objections are ruled upon as follows:

```
          41:18:   Overruled
          42:12:   Overruled
```

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge