```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NENAD DJONDRIC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER L. SCHWAB II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The plaintiff's unopposed motion to continue the trial is granted.  The trial of this case, previously scheduled for November 28, 2006 before the undersigned, is continued to February 12, 2007 beginning at 9:00 a.m.

DATED this 17th day of November, 2006.

BY THE COURT:

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge